[No. 13945-0-III. Division Three. July 18, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY JOHN McGARVEY, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00089-9, Marcus M. Kelly, J., entered July 22, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 13178-5-III. Division Three. July 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DAVID DARLING, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-1-00065-3, Michael E. Cooper, J., entered March 5, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 13714-7-III. Division Three. July 20, 1995.]

KEVIN HARTELIUS, *Appellant*, v. EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-2-00220-1, Fred R. Staples, J., entered November 16, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Scultheis, JJ.